Arthur L. Peirson and Others, Plaintiffs, v. Lloyds First Mortgage Company, Defendant. In the Matter of the Application of J. Irving Weissman for an Order Determining the Amount of and E1forcing His Attorney's Lien against the Judgment and the Proceeds Thereof Obtained by Him as Attorney, etc. Greater New York Export House, Inc., and Thomas McKiniry, as Receiver, etc., Intervenors, Appellants; J. Irving Weissman and Others, Respondents.— Motion for reargument of appeal and motion for reargument of motion to dismiss appeal granted, the rearguments to be had at the same time as the argument of the appeal from the order, made by Mr. Justice Dodd, vacating the order of intervention, from which, we are now advised, an appeal has been taken. Present — Lazansky, P. J., Hagarty, Carswell, Scudder and Tompkins, JJ. [See *ante*, p. 685.]